IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

LAWRENCE PAGLIONI, et al.,

    Plaintiffs,

v.

    Case No. 2:11-CV-0215
    JUDGE EDMUND A. SARGUS, JR.
    MAGISTRATE JUDGE NORAH MCCANN KING

OCWEN LOAN SERVICING, LLC,

    Defendant.

## ORDER

Presently before the Court is Defendant Ocwen Loan Servicing, LLC's Motion to Dismiss for Failure to State a Claim on Which Relief Can Be Granted (Doc. 10) and Plaintiff Lawrence Paglioni, et al.'s Motion for Leave to File Second Amended Complaint (Doc. 24). The Court finds that a settlement conference is necessary in this matter. A settlement conference will be held on **Tuesday, January 24, 2012 at 10:00 a.m.**, before The Honorable Edmund A. Sargus, Jr., United States District Court for the Southern District of Ohio, 85 Marconi Boulevard, Room 301, Columbus, Ohio 43215. The parties or principals with settlement authority must be present.

**IT IS SO ORDERED.**

1-4-2012
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE